IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**KIMBERLY WILLIS,**

    Plaintiff,

v.

**HOUSTON METHODIST WILLOWBROOK HOSPITAL,**

    Defendant.

CA No. 4:18-CV-00093

JURY DEMANDED

### ORDER OF DISMISSAL WITH PREJUDICE

On  February 8, 2019  , the Court considered the Motion for Dismissal, seeking dismissal of this cause with prejudice. The Court finds that no further controversy remains between Plaintiff and Defendant.

IT IS, THEREFORE, ORDERED that all of Plaintiff's claims in this action be and hereby are dismissed with prejudice, with each Party to bear its own costs.

SIGNED this  8th  day of  February , 2019.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE